**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6505

JAMES CAVANAGH,

Petitioner - Appellant,

versus

JOHN LAMANNA, Warden, Federal Correctional
Institution at Edgefield,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(3:05-cv-02842-RBH)

Submitted:  June 21, 2007                Decided:  June 29, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Cavanagh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Cavanagh, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Cavanagh's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Cavanagh v. Lamanna</u>, No. 3:05-cv-02842-RBH (D.S.C. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>